UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80914-ROSENBERG

VICTORIA BIVINS,

    Plaintiff,

v.

FORBES/COHEN FLORIDA PROPERTIES
LIMITED PARTNERSHIP, et al.,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

**THIS CAUSE** is before the Court on the Plaintiff's Motion to Remand at docket entry 6. The Defendants filed a response at docket entry 9. For the reasons set forth below, the Motion is granted.

1. The Defendants removed this action on the basis of diversity of citizenship. DE 1.

2. The Plaintiff is a citizen of Florida. *Id.*

3. The Plaintiff, in her Motion to Remand, argues that Defendant Forbes/Cohen, a limited partnership, has not established that its citizenship is diverse from the Plaintiff's citizenship. DE 6.

4. Forbes/Cohen, as a limited partnership, is a citizen of each of the states in which its partners, both general and limited, are citizens. *Rolling Greens MHP, L.P., v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) ("[F]or purposes of diversity of citizenship, a limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990)).

5. In response to the Motion, Forbes/Cohen only provides information on the citizenship of its general partners. DE 9 at 3.

6. Forbes/Cohen has provided no information on the citizenship of its limited partners. *Id.*

7. Forbes/Cohen has the burden to establish diversity of citizenship. *E.g., Calbalceta*

*v. Standard Fruit Co.*, 883 F.2d 1553 (11th Cir. 1989).  All doubts about removal should be resolved in favor of removal to state court. *E.g., Chase v. Holiday CVS, LLC*, No. 22-CV-20752, 2022 WL 2135446 (S.D. Fla. May 13, 2022).

8. By not providing information on the citizenship of its limited partners, Forbes/Cohen has not met its burden to establish diversity of citizenship.

For all of the foregoing reasons, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion to Remand [DE 6] is **GRANTED** and the Clerk of the Court shall **REMAND** this matter to the Fifteenth Judicial Circuit, in and for Palm Beach County.  The Clerk of the Court shall **CLOSE THIS CASE** and deny all pending motions **AS MOOT**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of August, 2023.

                                                  ROBIN L. ROSENBERG
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record